# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Criminal Action No.** 11-cr-00141-MJW | FTR - Courtroom A-502 |
| **Date:** October 02, 2012 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| UNITED STATES OF AMERICA, | Suneeta Hazra |
| Plaintiff(s), | |
| v. | |
| 1.  LINDA WILLIAMS, | Marci A. Gilligan |
| 2.  THOMAS WILLIAMS. | Nathan D. Chambers |
| Defendant(s). | |
| | Pretrial Services/Probation: Gary Kruck |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **SENTENCING** - Class A Misdemeanor
**Court in Session:**   9:00  a.m.
Court calls case.  Appearances of counsel.
Defendants are present on Personal Recognizance Bonds.

Plea of guilty on all counts was entered by Linda Williams on April 07, 2011.
Plea of guilty on all counts was entered by Thomas Williams on April 18, 2011.

Statement by defense counsel for Linda Williams as to sentencing
Statement by defense counsel for Thomas Williams as to sentencing
Statement by defendant, Linda Williams.
Statement by defendant, Thomas Williams.

Statement by government as to sentencing.

Findings and conclusions by the Court.

**It is ORDERED:**   Defendant Thomas Williams' MOTION FOR VARIANT SENTENCE AND SENTENCING MEMORANDUM [Docket No. **28**, filed September 18, 2012] is DENIED for reasons as set forth on the record.

**It is ORDERED:**   Defendant Linda Williams' ORAL MOTION FOR VARIANT SENTENCE is DENIED for reasons as set forth on the record.

**It is ORDERED:**     Identical separate sentences are imposed on each defendant.

1. Each defendant shall be imprisoned for a term of **ten (10) months** in the United States Bureau of Prisons;

2. The Court imposes a period of **one (1) year** of supervised release to begin upon defendants release from the Bureau of Prisons. Within 72 hours of release from the custody of the Bureau of Prisons, defendants shall report in person to the United States Probation Office in the district to which the defendants are released. Defendants are advised of the Conditions of Supervised Release.

3. Defendants shall each pay **$25.00** Special Assessment Fee; Special Assessment Fee shall be paid immediately;

4. Defendants, jointly and severely, shall pay restitution in the amount of **$51,737.16.** Interest on restitution is waived.
   Each defendant has made some payment(s) towards restitution and those payments shall be credited against the $51,737.16.
   Remaining balance of restitution shall be paid in installments during the term of the defendants supervised release. A payment schedule, calculated at a minimum of ten percent (10%) of each defendants gross income for that month, shall be established by Probation Department with the defendants.

5. Defendants shall self-surrender by a date to be specified by the United States Bureau of Prisons. Defendants are advised of possibly penalties if either or both fail to surrender on the date designated by the United States Bureau of Prisons.

6. Defendants are advised of their right to appeal the sentence(s) imposed by the Court.

Hearing concluded.

**Court in recess:**     9:52 a.m.
Total In-Court Time:   00:52

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.